UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S4-4:15CR00404 HEA (NAB) |
| | ) | |
| VIRGIL SIMS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT SIMS' PRE-TRIAL MOTIONS</u>**

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Michael A. Reilly and Thomas S. Rea, Assistant United States Attorneys for said District, and respectfully requests a thirty-day extension of time to respond to Defendant Virgil Sims' pre-trial motions [Doc ##1778, 1779, 1780, 1781, 1782, 1783, 1784 and 1785]. The Government, in support of its motion, states as follows:

The Government's response to defendant Sims' eight complex pre-trial motions are currently due on October 21, 2018. Due to the complex nature of this case and the complexity of the issues raised by defendant's numerous motions, considered with the undersigned counsels' pending docket commitments, the United States respectfully requests an extension of thirty days, to November 21, 2018, to respond said motions.

WHEREFORE, the Government respectfully requests a thirty-day extension up to and including November 21, 2018, to file its response to defendant Sims' pre-trial motions.

                Respectfully submitted,

                JEFFREY B. JENSEN
                United States Attorney

                s/ Michael A. Reilly
                MICHAEL A. REILLY, #43908MO
                THOMAS S. REA, #53245MO
                Assistant United States Attorneys
                111 South 10th Street, 20th Floor
                St. Louis, MO 63102
                (314) 539-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Attorney(s) of Record for defendant Sims.

                s/ Michael A. Reilly
                MICHAEL A. REILLY, #43908MO
                THOMAS S. REA, #53245MO
                Assistant United States Attorneys